Small Business Information sheet

Statement of Operations

| Month | Jan 14 | Feb 14 | Mar 14 | Apr 14 | May 14 | Jun 14 | Jul 14 | Aug 14 | Sep 14 | Oct 14 | Nov 14 | Dec 14 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Total Sales | 18,556 | 27,180 | 24,577 | 45,527 | 65,495 | 58,832 | 54,819 | 58,822 | 23,764 | 38,711 | | | 416,281 |
| Less Total Disc/Comm | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Total Net Income** | 18,556 | 27,180 | 24,577 | 45,527 | 65,495 | 58,832 | 54,819 | 58,822 | 23,764 | 38,711 | 0 | 0 | 416,281 |
| Less Total Cost of Goods Sold | 3,356 | 4,930 | 6,406 | 14,313 | 13,454 | 17,804 | 647 | 6,157 | 7,581 | 0 | 0 | 0 | 74,649 |
| **Gross Profit** | 15,200 | 22,250 | 18,171 | 31,214 | 52,041 | 41,028 | 54,171 | 52,665 | 16,182 | 38,711 | 0 | 0 | 341,633 |
| **Expenses** | | | | | | | | | | | | | |
| General & Administrative | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 0 | 0 | 15,000 |
| Marketing & Promotional | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 0 | 0 | 2,000 |
| Depr. | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | | | 250,000 |
| Operating Expenses | 1,678 | 3,978 | 5,055 | 5,055 | 5,055 | 6,000 | 5,000 | 6,500 | 5,500 | 5,000 | 0 | 0 | 48,821 |
| Motor Vehicle Expenses | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 0 | 0 | 1,500 |
| Website Expenses | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 0 | 0 | 200 |
| Total Employment Expenses | 6,650 | 10,570 | 10,570 | 10,570 | 10,570 | 14,207 | 13,250 | 12,725 | 14,750 | 13,780 | 0 | 0 | 117,642 |
| Occupancy Costs -tax | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 0 | 0 | 14,170 |
| Other Expenses- Capital | | | | | | | | | | | 0 | 0 | |
| **Total Expenses** | 36,614 | 42,835 | 43,912 | 43,912 | 43,912 | 48,494 | 46,537 | 47,512 | 48,537 | 47,067 | 0 | 0 | 449,332 |
| **Monthly Net Profit / (Loss)** | -21,414 | -20,585 | -25,741 | -12,698 | 8,129 | -7,466 | 7,634 | 5,153 | -32,355 | -8,356 | 0 | 0 | -107,700 |
| **Total Monthly Net Profit /** | -21,414 | -41,999 | -67,741 | -80,439 | -72,310 | -79,776 | -72,142 | -66,990 | -99,344 | -107,700 | -107,700 | -107,700 | |

less depr  142,300